UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR124 001

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| LYNWOOD FORREST BURKE | ) | Distribute a Controlled Substance |
| | ) | (Methamphetamine) |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 7, 2023, in McDuffie County, within the Southern District of Georgia, the Defendant,

**LYNWOOD FORREST BURKE,**

did knowingly and intentionally possess with intent to distribute methamphetamine, a Scheduled II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).



## COUNT TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about February 7, 2023, in McDuffie County, within the Southern District of Georgia, the Defendant,

**LYNWOOD FORREST BURKE,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: Savage Arms model 110, .30-06 caliber rifle, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One through Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense alleged in Count One of this Indictment, the Defendant, **LYNWOOD FORREST BURKE,** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Upon conviction of either of the offenses alleged in Counts One and Two of this Indictment, the Defendant, **LYNWOOD FORREST BURKE** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm and ammunition involved in that offense, including, but not limited to, a Savage Arms model 110, .30-06 caliber rifle S/N G302077.

If any of the property described above, as a result of any act or commission of the Defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

*{Signatures on the following page}*

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division