UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR124-001 |
| | ) | |
| LYNWOOD FORREST BURKE | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Brooks K. Hudson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Brooks K. Hudson** be granted leave of absence for the following periods: July 3, 2024 through July 5, 2024; July 22, 2024 through July 26, 2024; and August 22, 2024 through August 23, 2024.

**ORDERED**, this the 26th day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA